Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  16−31980−CMG
        Chapter:  13
        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wesley Austin Smith
   11 Dunlop Place
   Middlesex, NJ 08846

Social Security No.:
   xxx−xx−0644

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/3/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 3, 2017
JAN: bwj

                                         Jeanne Naughton
                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-31980-CMG
Wesley Austin Smith                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Feb 03, 2017
                                Form ID: 148            Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2017.
```
db           +Wesley Austin Smith,    11 Dunlop Place,    Middlesex, NJ 08846-1303
aty          +Fein Such Kahn & Shepard, PC,    7 Century Drive, Suite 201,    Parsippany, NJ 07054-4673
516568228    +Bayview Loan Servicing LLC,    Att: McCalla Raymer Pierce,    1544 Old Alabama Rd,
               Roswell, GA 30076-2102
516504504    +Fein Such Kahn and Shepard,    7 Century Drive,    #201,    Parsippany, NJ 07054-4673
516555017    +M&T Bank,    POB 30170,    College Station, TX 77842-3170
516504505    +Middlesex Conty Sheriffs Office,    701 Livingston Avenue,    New Brunswick, NJ 08901-3345
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Feb 03 2017 23:37:59     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 03 2017 23:37:55      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
lm           +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 03 2017 23:38:24
               Bayview Loan Servicing LLC,    4425 Ponce De Leo Boulevard,    5th floor,    Miami, FL 33146-1837
516504503    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 03 2017 23:38:24
               Bayview Loan Servicing LLC,    4425 Ponce De Leon Blvd.,    5th Floor,    Miami, FL 33146-1837
                                                                                              TOTAL: 4
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 3, 2017 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   M&T Bank, by  Bayview Loan Servicing LLC
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              George E Veitengruber, III    on behalf of Debtor Wesley Austin Smith Gveitengruberesq@gmail.com,
               knapolitano15@gmail.com
              R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, as servicer for FEDERAL HOME
               LOAN MORTGAGE CORPORATION. bankruptcy@feinsuch.com
                                                                                              TOTAL: 4
```