Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                   Case No.: 16−31980−CMG
                                   Chapter: 13
                                   Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Wesley Austin Smith
    11 Dunlop Place
    Middlesex, NJ 08846

Social Security No.:
    xxx−xx−0644

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

      Please be advised that on February 3, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 28 − 24
Order Denying Notice of Request for Loss Mitigation(Related Doc # 24). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/2/2017. (bwj)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 3, 2017
JAN: bwj

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Wesley Austin Smith  
    Debtor

Case No. 16-31980-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Feb 03, 2017  
                Form ID: orderntc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2017.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
lm         +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 03 2017 23:12:04  
     Bayview Loan Servicing LLC,   4425 Ponce De Leo Boulevard,   5th floor,   Miami, FL 33146-1837  
                                                                                                       TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2017                                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2017 at the address(es) listed below:  
         Albert   Russo   docs@russotrustee.com  
         Denise E. Carlon   on behalf of Creditor   M&T Bank, by  Bayview Loan Servicing LLC  
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
         George E Veitengruber, III   on behalf of Debtor Wesley Austin Smith Gveitengruberesq@gmail.com,  
          knapolitano15@gmail.com  
         R. A. Lebron   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC, as servicer for FEDERAL HOME  
          LOAN MORTGAGE CORPORATION. bankruptcy@feinsuch.com  
                                                                                                                                TOTAL: 4