UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on February 2, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Wesley Austin Smith

Case No.: 16-31980-CMG

Hearing Date: 2/1/17

Judge: Christine M. Gravelle

Chapter: 13

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER DENYING MOTION OR APPLICATION FOR THE ENTRY OF AN ORDER
for Loss Mitigation

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 2, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

A motion or application having been filed on _____December 29_____, 20 _16_ by _George E Veitengruber III_ , Attorney for the debtor  for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Wesley Austin Smith  
      Debtor

Case No. 16-31980-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 03, 2017  
                          Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2017.  
db           +Wesley Austin Smith,   11 Dunlop Place,   Middlesex, NJ 08846-1303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2017                                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2017 at the address(es) listed below:  
            Albert     Russo     docs@russotrustee.com  
            Denise E. Carlon     on behalf of Creditor    M&T Bank, by   Bayview Loan Servicing LLC  
             dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
            George E Veitengruber, III     on behalf of Debtor Wesley Austin Smith Gveitengruberesq@gmail.com,  
             knapolitano15@gmail.com  
            R. A. Lebron     on behalf of Creditor     BAYVIEW LOAN SERVICING, LLC, as servicer for FEDERAL HOME  
             LOAN MORTGAGE CORPORATION. bankruptcy@feinsuch.com  
                                                                                                                 TOTAL: 4